IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EARL MAYFIELD,<br><br>      Plaintiff,<br><br>vs.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>      Defendant. | No. 1:24-cv-00341-KG-GJF |

ORDER GRANTING STIPULATION FOR DISMISSAL
WITH PREJUDICE

The Court, having considered the parties' Stipulation for Dismissal with Prejudice, and for good cause shown,

IT IS HEREBY ORDERED that the parties' Stipulation for Dismissal with Prejudice is GRANTED, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

*/s/*
Jacob B. Lee, NM Bar No. 154613
Courtney T. Lacaillade, AZ Bar No. 035573
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
jlee@strucklove.com
clacaillade@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro N.E., Bldg. 3, Suite 200
Albuquerque, NM  87110
Tel.: (505) 844-7887
Fax: (505) 844-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendant CoreCivic of Tennessee, LLC*

**APPROVED AS TO FORM:**

*/s/*
Stephen F. Lawless
STEPHEN F. LAWLESS, P.C.
201 Third Street NW, Suite #1950
Albuquerque, NM 87102
Tel: (505) 247-1401

*Attorney for Plaintiff*